United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 15, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-10215
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEVEN O'NEAL

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
----------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to district court for re-sentencing in light of the Supreme Court decision in *USA v. Booker* is GRANTED.